'CHARLES THOMPSON, Respondent, *v.* THE STATEN ISLAND RAILROAD COMPANY, Appellant.

(Submitted May 25, 1877; decided June 5, 1877.)

This case was submitted and decided with *Lambert* v. *The S. I. R. R. Co.* (*ante, p.* 104).